Abran E. Vigil
Nevada Bar No. 7548
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFIRMA VENTURE LLC, a Nevada limited liability company; AZURE ESTATES OWNERS ASSOCIATION, a Nevada non-profit corporation; ADRIENNE LOVE, an individual,<br><br>Defendants. | Case No. 2:17-cv-01928-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS**<br><br>(First Request) |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant Terrafirma Venture LLC ("Terrafirma") and Defendant Azure Estates Owners Association ("Azure"), by and through their counsel of record, hereby stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case for 30 days, to permit the parties to complete written discovery and party depositions. The parties have conferred and agree that this brief extension is the most reasonable given the Chapter 7 bankruptcy filing of nominal Defendant Adrienne Love. *See* Notice of Bankruptcy Filing, at ECF No. 25. A Motion for Relief from Automatic Stay is pending before the United States Bankruptcy Court for the Central District of California.

///

DMWEST #17247310 v1

1  This is the parties' first request for an extension to the discovery deadlines,
2  which were submitted in compliance with LR 26-1. The parties make this request in
3  good faith and not for purposes of delay.

### I. Discovery Completed to Date

To date, Chase has served initial disclosures. No other discovery has been served.

### II. Discovery that Remains to be Completed

Due to Ms. Love's Chapter 7 Bankruptcy filing, extensive discovery remains to be completed.

### III. Good Cause Exists for the Requested Extension

Good cause exists for the requested extension, as it will provide time for the parties to exchange expert witness information, and complete written discovery and schedule depositions. To date, Chase has served initial disclosures. On November 7, 2017, a Notice of Bankruptcy filing was filed at ECF No. 25 regarding nominal defendant Adrienne Love's Chapter 7 bankruptcy pending in the United States Bankruptcy Court for the Central District of California. A Motion for Relief from Automatic Stay is currently pending, and scheduled to be heard on December 14, 2017. Accordingly, the parties desire to extend the Scheduling Order deadlines by 30 days pending the determination of the Motion for Relief from Automatic Stay.

Finally, this is the parties' first request to extend the standard, 180-day discovery period in this case, and they seek only a brief 30-day extension. The parties seek this extension in good faith.

### IV. Proposed Deadlines

The parties request an order extending the exchange of expert information, the interim status report, the close of discovery, the deadline to file dispositive motions, and the deadline to file a pre-trial order by 30 days.

///
///

2

DMWEST #17247310 v1

| Event | Current Deadline[1] | New Deadline |
|---|---|---|
| Exchange of experts and expert reports | December 7, 2017 | January 8, 2018 |
| Interim Status Report | December 7, 2017 | January 8, 2018 |
| Exchange of rebuttal experts and reports | January 8, 2018 | February 7, 2018 |
| Close of Discovery | February 5, 2018 | March 7, 2018 |
| Dispositive Motions | March 7, 2018 | April 6, 2018 |
| Pre-Trial Order[2] | April 6, 2018 | May 7, 2018 |

[*Remainder of Page Intentionally Left Blank*]

---

[1] *See* Scheduling Order, ECF No. 19.

[2] Pursuant to the Scheduling Order, at ECF No. 19, if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the last such dispositive motion or further order of the Court.

DMWEST #17247310 v1

This extension is reasonable and necessary given the good cause set forth above.

**IT IS SO STIPULATED.**

Dated: November 16, 2017

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
    Abran E. Vigil
    Nevada Bar No. 7548
    Stacy H. Rubin
    Nevada Bar No. 9298
    BALLARD SPAHR LLP
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*

Dated: November 16, 2017

LEACH JOHNSON SONG & GRUCHOW

By: /s/ T. Chase Pittsenbarger
    Sean L. Anderson
    Nevada Bar No. 7259
    T. Chase Pittsenbarger
    Nevada Bar No. 13740
    8945 West Russell Road, Ste. 300
    Las Vegas, NV 89148

*Attorneys for Azure Estates Owners' Association*

Dated: November 16, 2017

THE BALL LAW GROUP

By: /s/ Zachary T. Ball
    Zachary T. Ball
    Nevada Bar No. 8364
    3455 Cliff Shadows Parkway
    Suite 150
    Las Vegas, Nevada 89129

*Attorneys for Terrafirma Venture LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: November 17, 2017

4

DMWEST #17247310 v1